**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Redbird Fitness, LLC** |
| 2. | All other names debtor used in the last 8 years | **dba Redbird Pilates & Fitness** |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | __4__ __6__ – __4__ __3__ __3__ __5__ __5__ __4__ __5__ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3108 E. 51st Street Unit 103** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Austin**          **TX**    **78723** | |
| City          State    ZIP Code | City          State    ZIP Code |
| **Travis** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City          State    ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Redbird Fitness, LLC**          Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A.  Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No |

☐ Yes.  District _____ When _____ Case number _____
                                               MM / DD / YYYY
           District _____ When _____ Case number _____
                                               MM / DD / YYYY
           District _____ When _____ Case number _____
                                               MM / DD / YYYY

Debtor  **Redbird Fitness, LLC** _____  Case number (if known) _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br><br>☐ Yes. Debtor _____  Relationship _____<br><br>District _____  When _____<br>MM / DD / YYYY<br><br>Case number, if known _____<br><br><br>Debtor _____  Relationship _____<br><br>District _____  When _____<br>MM / DD / YYYY<br><br>Case number, if known _____ |

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

_Check one:_

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Redbird Fitness, LLC** _____ Case number (if known) _____

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## ▮ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

▪ I have been authorized to file this petition on behalf of the debtor.

▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/12/2020**
              MM / DD / YYYY

X **/s/ Janet Lee Vallely** _____
  Signature of authorized representative of debtor

**Janet Lee Vallely** _____
Printed name

Title **Owner** _____

**18. Signature of attorney**

X **/s/ Elizabeth Hickson** _____      Date **02/12/2020** _____
  Signature of attorney for debtor                       MM / DD / YYYY

**Elizabeth Hickson** _____
Printed name

**Hickson Law P.C.** _____
Firm name

**4833 Spicewood Springs Rd** _____
Number        Street

_____

**Austin** _____          **TX**       **78759** _____
City                                 State    ZIP Code

**(512) 346-8597** _____          **lizhickson@hicksonlawpc.com** _____
Contact phone                               Email address

**09586000** _____          **TX** _____
Bar number                           State

**Fill in this information to identify the case**

Debtor name  **Redbird Fitness, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
 amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of debtor's interest

2.  **Cash on hand**
    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. **Checking account w/Bank of America - balance-$1800.00** | **Checking account** | 6 7 8 0 | $0.00 |
| 3.2. **Checking account w/Bank of America - balancve -$356.00** | **Checking account** | 7 3 1 6 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $0.00

### Part 2: Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor  **Redbird Fitness, LLC**
Name

Case number (if known) _____

**Current value of debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**

Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.  Accounts receivable**

11a.  90 days old or less: _____ – _____ = .............. ➔ _____
face amount           doubtful or uncollectible accounts

11b.  Over 90 days old: _____ – _____ = .............. ➔ _____
face amount           doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

**Valuation method used for current value**   **Current value of debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor    **Redbird Fitness, LLC**                                    Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    **Redbird Fitness, LLC**                                      Case number (if known) _____
          Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                                      $0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2 Pilates styrofoam arcs** | | | $40.00 |
| **1 Tower wall mount and mat** | | | $150.00 |
| **Various pilates springs** | | | $50.00 |

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                                      $240.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

Debtor   **Redbird Fitness, LLC**                                    Case number (if known) _____
         Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☒ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.  Go to Part 11.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65.  Copy the total to line 89.     $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

Debtor  **Redbird Fitness, LLC**_____  Case number (if known) _____
Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Redbird Fitness, LLC**                                        Case number (if known) _____
       Name

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $240.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $240.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................................... | **$240.00**

**Fill in this information to identify the case:**

Debtor name          **Redbird Fitness, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☑  No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☐  Yes.  Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more
    than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**  **Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐  No
☐  Yes.  Specify each creditor, including this
     creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐  No
☐  Yes

**Is anyone else liable on this claim?**
☐  No
☐  Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**                                                                **$0.00**

**Fill in this information to identify the case:**

Debtor **Redbird Fitness, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia** **PA** **19101-7346**

Date or dates debt was incurred
**2018**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**941 /940 taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$12,947.31**  Priority amount **$12,947.31**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia** **PA** **19101-7346**

Date or dates debt was incurred
**2019**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**941 /940 taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$5,044.00**  Priority amount **$5,044.00**

Debtor    **Redbird Fitness, LLC**                                      Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
       claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$235,000.00** |

Check all that apply.

**3423 Holdings, LLC**

**507 Calles Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Austin**              **TX    78702**          **Lease agreement**

**Date or dates debt was incurred**    **2/2/2018**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$64,916.00** |

Check all that apply.

**Able Lending**

**800 W. Cesar Chavez St. B101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Austin**              **TX    78701**          **Loan**

**Date or dates debt was incurred**    **2016**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,528.00** |

Check all that apply.

**American Express**

**PO Box 650448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**              **TX    75265-0448**      **Credit Card Purchases**

**Date or dates debt was incurred**    **various**

**Is the claim subject to offset?**

**Last 4 digits of account number**    **1    0    0    5**

☑ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$550.00** |

Check all that apply.

**ASCAP**

**PO Box 331608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Nashville**              **TN    37203-7515**      **Licensing fees**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

| Debtor | **Redbird Fitness, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,139.82 |
|---|---|---|---|

**Bank of America**

**PO Box 15796**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilmington**                    **DE**        **19886-5796**

Basis for the claim:
**Credit Card Purchases**

Date or dates debt was incurred        **various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        **4   9   9   3**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,156.00 |
|---|---|---|---|

**Bank of America**

**PO Box 15284**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilmington**                    **DE**        **19850-5284**

Basis for the claim:
**Over Draft**

Date or dates debt was incurred        **2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        **7   3   1   6**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,749.00 |
|---|---|---|---|

**Barbara Kristof**

**5713 Link Street Unit A**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Austin**                    **TX**        **78752**

Basis for the claim:
**Loan**

Date or dates debt was incurred        **2014**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        __   __   __   __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,164.37 |
|---|---|---|---|

**Commerce Bankcard Services**

**PO Box 846451**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Kansas City**                    **MO**        **64184**

Basis for the claim:
**Credit Card Purchases**

Date or dates debt was incurred        **various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        **8   4   8   2**

Debtor  **Redbird Fitness, LLC**                                     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**Dick Lavine & Chula Sims**

**803 Avondale Road**

_____

**Austin                    TX      78704**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,900.00**

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**Elizabeth Engelhardt**

**202 Davie Lane**

_____

**Chapel Hill                NC      27514**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,750.00**

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**Fundation Group LLC**

**11501 Sunset HIlls Road**

_____

**Reston                    VA      20190**

Date or dates debt was incurred    **11/24/2017**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,462.00**

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**Hessie Brawley**

**17 Woodstone Square**

_____

**Austin                    TX      78703**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,000.00**

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 4

Debtor   **Redbird Fitness, LLC**                               Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

**Home Depot**

**PO Box 9001030**

**Louisville**                    **KY**    **40290-1030**

Date or dates debt was incurred        **various**

Last 4 digits of account number        **7   0   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card Purchases**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,228.45**

---

**3.14** Nonpriority creditor's name and mailing address

**Jenny Ford**

**1202 Garden Street**

**Austin**                    **TX**    **78702**

Date or dates debt was incurred        **2016**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,750.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Kent Rhudy**

**4210 Fox Trail**

**Temple**                    **TX**    **76504**

Date or dates debt was incurred        **2016**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,500.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Lauren Downey**

**2709 E. 4th Street**

**Austin**                    **TX**    **78702**

Date or dates debt was incurred        **2016**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,761.97**

---

Debtor  **Redbird Fitness, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**  **Nonpriority creditor's name and mailing address**

**Lindsey Wall**

**1605 Greenwood Avenue**

_____

_____

**Austin**                    **TX**    **78721**

Date or dates debt was incurred  **2016-2019**

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages/loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,358.00**

---

**3.18**  **Nonpriority creditor's name and mailing address**

**Mike & Victoria Threadgould**

**2101 River's Edge Way No. 19**

_____

_____

**Austin**                    **TX**    **78741**

Date or dates debt was incurred  **2016**

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,500.00**

---

**3.19**  **Nonpriority creditor's name and mailing address**

**Mindbody Software**

**4051 4th Street**

_____

_____

**San Luis Obispo**          **CA**    **93401**

Date or dates debt was incurred  **2019**

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade creditor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$500.00**

---

**3.20**  **Nonpriority creditor's name and mailing address**

**Navitas Credit Corp.**

**201 Executive Center Dr. #100**

_____

_____

**Columbia**                  **SC**    **29210**

Date or dates debt was incurred  **2/2018**

Last 4 digits of account number  **1  8  6  8**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Lease agreement**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,700.00**

---

| Debtor | **Redbird Fitness, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.21** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Navitas Credit Corp.**

**201 Executive Center Dr. #100**

| Columbia | SC | 29210 |
|---|---|---|

Date or dates debt was incurred   2/2018

Last 4 digits of account number   **2   9   3   6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Lease agreement**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,999.00**

---

| **3.22** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nillo Studios**

**3625 Quiette**

| Austin | TX | 78754 |
|---|---|---|

Date or dates debt was incurred   9/2019

Last 4 digits of account number   **1   3   8   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade creditor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$534.00**

---

| **3.23** | **Nonpriority creditor's name and mailing address** |
|---|---|

**PeopleFund**

**2921 E. 17th Bldg. D Ste. 1**

| Austin | TX | 78702 |
|---|---|---|

Date or dates debt was incurred   7/10/2014

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,067.00**

---

| **3.24** | **Nonpriority creditor's name and mailing address** |
|---|---|

**The Lippincott Law Firm**

**4009 Banister Lane #420**

| Austin | TX | 78704 |
|---|---|---|

Date or dates debt was incurred   2019

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$500.00**

Debtor    **Redbird Fitness, LLC**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| **4.1  Small Business Administration** | Line __**3.23**__ | __ __ __ __ |
| **727 E. Durango Blvd., Rm A527** | ☐ Not listed.  Explain: | |
| | | |
| **San Antonio            TX      78206** | | |
| **4.2  The Degrasse Law Firm** | Line __**3.3**__ | __ __ __ __ |
| **1800 Bering Drive #1000** | ☐ Not listed.  Explain: | |
| | | |
| **Houston            TX      77057** | | |
| **4.3  U. S. Attorney General** | Line __**2.1**__ | __ __ __ __ |
| **Main Justice Bldg** | ☐ Not listed.  Explain: | |
| **10th & Constitution Avenue** | | |
| **Washington          DC      20530** | | |
| **4.4  U. S. Attorney/Civil Process Clerk** | Line __**2.1**__ | __ __ __ __ |
| **601 N. W. Loop 410,  Suite 600** | ☐ Not listed.  Explain: | |
| | | |
| **San Antonio            TX      78216-5597** | | |

Debtor   **Redbird Fitness, LLC**                                      Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

                                                                            **Total of claim amounts**

5a.  **Total claims from Part 1**                              5a.                **$17,991.31**

5b.  **Total claims from Part 2**                              5b. **+**          **$440,713.61**

5c.  **Total of Parts 1 and 2**                               5c.                **$458,704.92**
     Lines 5a + 5b = 5c.

---

**Fill in this information to identify the case:**

Debtor name __**Redbird Fitness, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number _____ Chapter __**7**__
(if known)

☐ Check if this is an
amended filing

---

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name    **Redbird Fitness, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Redbird Fitness, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................. | $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................. | $240.00

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................ | $240.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | $17,991.31

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | **+** $440,713.61

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................... | $458,704.92

**Fill in this information to identify the case and this filing:**

Debtor Name    **Redbird Fitness, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/12/2020**          X **/s/ Janet Lee Vallely**
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        **Janet Lee Vallely**
                                        Printed name

                                        **Owner**
                                        Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Redbird Fitness, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

### Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**<br><sub>MM / DD / YYYY</sub> to | Filing date | ☐ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2019**<br><sub>MM / DD / YYYY</sub> to | **12/31/2019**<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | **$232,794.00** |
| **For the year before that:** | From **01/01/2018**<br><sub>MM / DD / YYYY</sub> to | **12/31/2018**<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | **$475,481.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue<br>from each source<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**<br><sub>MM / DD / YYYY</sub> to | Filing date | | |
| **For prior year:** | From **01/01/2019**<br><sub>MM / DD / YYYY</sub> to | **12/31/2019**<br><sub>MM / DD / YYYY</sub> | **Sale of Assets** | **$18,197.00** |
| **For the year before that:** | From **01/01/2018**<br><sub>MM / DD / YYYY</sub> to | **12/31/2018**<br><sub>MM / DD / YYYY</sub> | | |

Debtor  **Redbird Fitness, LLC**_____  Case number (if known) _____
                     Name

## Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

     List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
     before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be
     adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

     ☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Navitas**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | **over last 90 days** | **$8,693.00** | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Sale of equipment** |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

     List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
     guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
     $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of
     adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor
     and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and
     any managing agent of the debtor.  11 U.S.C. § 101(31).

     ☒ None

5.   **Repossessions, foreclosures, and returns**

     List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a
     creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in
     line 6.

     ☒ None

6.   **Setoffs**

     List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from
     an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because
     the debtor owed a debt.

     ☒ None

## Part 3:     Legal Actions or Assignments

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
     List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
     was involved in any capacity--within 1 year before filing this case.

     ☐ None

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **American Express v. Redbird Fitness, et.al.** | **Debt** | **126th District Court**<br>Name<br>**1000 Guadalupe**<br>Street<br><br>**Austin**          **TX**  **78701**<br>City          State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
|  | Case number | | | |
|  | **D-1-GN-18-007328** | | | |

| Debtor | **Redbird Fitness, LLC** | | Case number (if known) | |
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Barbara Kristof v. Redbird Pilates and Fitness and Lee Vallely** | **Loan** | **Small claims Court #1** <br> Name <br><br> **4717 Heflin Lane #107** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Case number

**J1-VC-20-000042**

**Austin**      **TX**    **78721**
City      State    ZIP Code

**8.**    **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.**    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10.**   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.**   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hickson Law P.C.** | | **12/2019 - 2/2020** | **$1,435.00** |

Address

**4833 Spicewood Springs Rd #200**
Street

**Austin**      **TX**    **78759**
City      State    ZIP Code

Email or website address

**lizhickson@hicksonlawpc.com**

Who made the payment, if not debtor?

Debtor    **Redbird Fitness, LLC**                                    Case number (if known) _____
        Name

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unrelated third parties** | **Sale of 9 Allegro/Tower combos, 2 Reformers/2 long boxes/14 mats/3 benches/desk/misc. small equipment** | **12/2020** | **$18,197.00** |
| | **Address** | | | |

Street _____

_____

City _____    State ___  ZIP Code ___

**Relationship to debtor**
**none** _____

<br>

**Part 7:    Previous Locations**

**14.  Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | **500 San Marcos #100** | | From  **4/2014** | To  **2/2019** |
| | Street | | | |
| | **Austin**  **TX** | | | |
| | City  State  ZIP Code | | | |
| 14.2. | **906 East 5th** | | From  **2010** | To  **2014** |
| | Street | | | |
| | **Austin**  **TX**  **78702** | | | |
| | City  State  ZIP Code | | | |

Debtor   **Redbird Fitness, LLC**                              Case number (if known) _____
_____
Name

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Bank of America**<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State   ZIP Code | XXXX- 3  1  3  0 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 12/31/19 | $0.00 |

Debtor    **Redbird Fitness, LLC**                                        Case number (if known) _____
                Name

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

Debtor    __Redbird Fitness, LLC__                    Case number (if known) _____
              Name

<div style="background:black;color:white">**Part 13:**</div>   **Details About the Debtor's Business or Connections to Any Business**

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1.  **Norma Garza**<br>Name<br>**Silent Partners**<br>Street<br>**1212 West 13th Street Unit F** | | | From   **2016** | To | **present** |
| **Austin**   TX   **78703**<br>City   State   ZIP Code | | | | | |
| Name and address | | | Dates of service | | |
| 26a.2.  **Bull & Associates**<br>Name<br>**901 S. Mopac Expy Plaza II #385**<br>Street | | | From   **2014** | To | **present** |
| **Austin**   TX   **78746**<br>City   State   ZIP Code | | | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Janet Vallely**<br>Name<br>**3108 East 51st Street Unit 103**<br>Street | |
| **Austin**   TX   **78723**<br>City   State   ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  __**Redbird Fitness, LLC**_____  Case number (if known) _____
        Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jane Vallely | 3108 East 51st Street Unit 103 Austin, TX 78723 | Owner | 97% |
| Susan Schneider | 2203 Rountree Drive Austin, TX 78722 | Partner | 3% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Elisabeth Kristof | 5713 Link Avenue Unit B Austin, TX  78752 | Partner | From __1/2014__  To __4/30/2019__ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Debtor | **Redbird Fitness, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/12/2020**
MM / DD / YYYY

X **/s/ Janet Lee Vallely**                                          Printed name **Janet Lee Vallely**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re  **Redbird Fitness, LLC**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................  **$1,200.00**

Prior to the filing of this statement I have received........................................................  **$1,200.00**

Balance Due.................................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor             ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor             ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Defending Motions to Lift Stay ($250.00)**
   **- Responding to Motions to Dismiss ($275.00)**
   **- Adding creditors after the initial filing ($75.00)**
   **- Motions to Avoid non-purchase money liens or judicial liens on homestead ($250.00)**
   **- Motions to Sell Property ($400.00), with a motion to expedite hearing ($200.00 more)**
   **- Notice of reset creditors meeting ($150.00)**
   **- Post-Confirmation Plan Modifications ($450.00)**
   **- Application to Incur Debt ($200.00)**
   **- Application for Tax Refund ($450.00)**
   **- Motion for a 30 or 60 day moratorium ($200.00)**
   **- Adversary Proceeding ($275.00 hourly)**
   **- Motions to vacate or amend an order ($250.00)**
   **- Motions to Reinstate Dismissed Case ($400.00), with a motion to expedite hearing ($200.00 more)**
   **- Motion to Pay Off Early ($400.00)**
   **- Voluntary Motion to Dismiss ($250.00)**
   **-Motion to Lift Stay (Divorce) ($300.00)**
   **-Returned check ($30.00)**
   **-Defending Default Letters ($175.00) and hour**
   **-Request for title ($125.00)**
   **-Additional copies of bankruptcy petition $25.00**
   **-Request for stored file ($75.00)**
   **-Copy of discharge letter ($10.00)**
   **-Motion for Loan Modification Approval ($450.00) ,with a motion to expedite hearing ($250.00)**
   **Litigation of discharge or exemption issues - $275.00 hourly rate with periodic billing.**

   **The contract for bankruptcy services does not include filing or defending an adversary compliant nor an agreement to initiate or defend any litigation on the behalf of the debtor(s) in state court nor in bankrupcty court.  If a complaint is filed we will negotiate our representation and our fee at that time.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __02/12/2020__ | __/s/ Elizabeth Hickson__ |
| *Date* | *Elizabeth Hickson*          Bar No.  09586000 |
| | Hickson Law P.C. |
| | 4833 Spicewood Springs Rd |
| | Austin, TX 78759 |
| | Phone: (512) 346-8597 / Fax: (512) 346-2047 |

---

 **/s/ Janet Lee Vallely**

*Janet Lee Vallely*
*Owner*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Redbird Fitness, LLC**                                        CASE NO

                                                                          CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  2/12/2020                                    Signature   /s/ Janet Lee Vallely
                                                             *Janet Lee Vallely*
                                                             *Owner*


Date _____          Signature _____

3423 Holdings, LLC
507 Calles Street
Austin, TX 78702


Able Lending
800 W. Cesar Chavez St. B101
Austin, TX 78701


American Express
PO Box 650448
Dallas, TX 75265-0448


ASCAP
PO Box 331608
Nashville, TN 37203-7515


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bank of America
PO Box 15284
Wilmington, DE 19850-5284


Barbara Kristof
5713 Link Street Unit A
Austin, TX 78752


Commerce Bankcard Services
PO Box 846451
Kansas City, MO 64184


Dick Lavine & Chula Sims
803 Avondale Road
Austin, TX 78704

Elizabeth Engelhardt
202 Davie Lane
Chapel Hill, NC 27514


Fundation Group LLC
11501 Sunset HIlls Road
Reston, VA 20190


Hessie Brawley
17 Woodstone Square
Austin TX 78703


Home Depot
PO Box 9001030
Louisville, KY 40290-1030


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jenny Ford
1202 Garden Street
Austin, TX 78702


Kent Rhudy
4210 Fox Trail
Temple, TX 76504


Lauren Downey
2709 E. 4th Street
Austin, TX 78702


Lindsey Wall
1605 Greenwood Avenue
Austin, TX 78721

```
Mike & Victoria Threadgould
2101 River's Edge Way No. 19
Austin, TX 78741


Mindbody Software
4051 4th Street
San Luis Obispo, CA 93401


Navitas Credit Corp.
201 Executive Center Dr. #100
Columbia, SC 29210


Nillo Studios
3625 Quiette
Austin, TX 78754


PeopleFund
2921 E. 17th Bldg. D Ste. 1
Austin, TX 78702


Small Business Administration
727 E. Durango Blvd., Rm A527
San Antonio, TX 78206


The Degrasse Law Firm
1800 Bering Drive #1000
Houston, TX 77057


The Lippincott Law Firm
4009 Banister Lane #420
Austin, TX 78704


U. S. Attorney General
Main Justice Bldg
10th & Constitution Avenue
Washington, DC 20530
```

U. S. Attorney/Civil Process Clerk
601 N. W. Loop 410,  Suite 600
San Antonio, TX 78216-5597